UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
HUI QIN WANG,

                           Plaintiff,                         <u>ORDER</u>

        -against-                                     CV 11-5637 (LDW) (ETB)

JIAN PING YAO and DULA MAN,

                           Defendants.
---------------------------------------------------------------X

      The oral argument scheduled for June 26, 2012 at 3:00 p.m. is canceled.

      New counsel, Law Offices of Howard E. Gilbert, was substituted as counsel for the defendants in this FLSA action commenced in November 2011.  An initial conference was held on April 17, 2012, at which time the Court adopted the proposed discovery plan agreed upon by plaintiff's counsel, John Troy, of Troy & Associates, PLLC, and defendants' prior counsel, Paul Stephen Beeber.  That schedule provides for completion of all discovery, including experts, by July 17, 2012.

      New counsel for defendants requests an extension of discovery to January 31, 2013 and submission of a joint pretrial order on March 30, 2013.  The plaintiff opposes this request on the ground that the extension is excessive.

      This action is assigned to Judge Wexler as the District Judge.  His individual rules provide that a case should be trial ready within nine (9) months from the initial conference.  Since the initial conference was held on April 17, 2012, discovery is extended to December 31, 2012, including any experts.  The parties shall file a list of trial witnesses and trial exhibits on January 11, 2013.  The final conference, previously scheduled for October 30, 2012, is

rescheduled to January 17, 2013 at 2:00 p.m, by telephone.

In all other respects, the defendants' application filed on June 13, 2012 is denied. The parties should also note that no further extensions will be granted.

**SO ORDERED:**

Dated: Central Islip, New York
June 26, 2012

/s/ E. Thomas Boyle
E. THOMAS BOYLE
United States Magistrate Judge